Andrew Wright

5 Lambert Johnson Drive

Ocean, NJ 07712

732-693-2851

Defendant, Pro Se

```
             FILED      LODGED
             RECEIVED   COPY

              FEB - 1 2006

         CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
         BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT COURT OF ARIZONA

| Ultimate Creations, Inc., | |
|---|---|
| Plaintiff, | ) Case No.: CV05-3713-PHX-DKD |
| vs. | ) |
| Andrew Wright, and Jane Doe Wright, | ) **DEFENDANT'S MOTION TO DISMISS** |
| Defendant | ) **THE COMPLAINT PURSUANT TO** |
|  | ) **RULE 12(b).** |
|  | ) |

Motion to dismiss the complaint, based on improper venue and lack of personal jurisdiction under Rule 12(b), on the papers, without oral argument.

The Defendant requests that the court dismiss the complaint for the following reasons:

1. Venue is improper because none of the acts claimed by the Plaintiff occurred in the State of Arizona. In addition, the Defendant does not live or conduct business within the state of Arizona.

2. The court does not have personal jurisdiction over the Defendant because the Defendant has no contacts with the State of Arizona.

Dated this 17th day of January, 2006

_____
Andrew Wright
5 Lambert Johnson Drive
Ocean, NJ 07712
Defendant, Pro Se