Andrew Wright

5 Lambert Johnson Drive

Ocean, NJ 07712

732-693-2851

Defendant, Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT COURT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., ) | Case No.: CV05-3713-PHX-DKD |
| Plaintiff, ) | |
| vs. ) | **DECLARATION OF ANDREW WRIGHT IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(b).** |
| Andrew Wright, and Jane Doe Wright, ) | |
| Defendant ) | |
| ) | |

I, ANDREW WRIGHT, declare under penalty of perjury as follows:

1. I reside in Ocean Township, New Jersey.

2. My company, BuzzMedia Productions, LLC, was formed in the State of New Jersey.

3. I have never been to the State of Arizona.

4. I have not transacted any business within the State of Arizona. Nor has BuzzMedia Productions, LLC.

5. I have never done any tortuous act within the State of Arizona, or caused any tortuous act to be done, or consequences to occur within the State of Arizona. Nor has BuzzMedia Productions, LLC.

6. I have never owned, used or possessed any real or tangible personal property situated within the State of Arizona. Nor has BuzzMedia Productions, LLC.

Declaration of Andrew Wright - 1

Dated this 17th day of January, 2006

_____
Andrew Wright
5 Lambert Johnson Drive
Ocean, NJ 07712
Defendant, Pro Se