Daniel D. Maynard, No. 009211
Michael D. Curran, No. 012677
**MAYNARD CRONIN ERICKSON CURRAN & SPARKS, P.L.C.**
1800 Great American Tower
3200 North Central Avenue
Phoenix, Arizona 85012
(602) 279-8500

Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., an Arizona corporation,<br><br>    Plaintiff,<br>v.<br>Andrew Wright, and Jane Doe Wright,<br><br>    Defendant. | CV05-3713-PHX-DKD<br><br>**PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S REPLY TO MOTION TO DISMISS PURSUANT TO RULE 12(b) OR SET AN EVIDENTIARY HEARING** |

Plaintiff respectfully moves this Court for its Order striking the Reply of Defendant filed on March 16, 2006 or set an evidentiary hearing. This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein.

### MEMORANDUM OF POINTS AND AUTHORITIES

Defendant, Andrew Wright ("Wright") filed a Motion to Dismiss Plaintiff's Complaint on two grounds. First, lack of personal jurisdiction and second, improper venue, both brought pursuant to Federal Rule of Civil Procedure Rule 12(b). Plaintiff filed its Response to this Motion on February 21, 2006, and mailed a copy to Defendants. Defendant's Reply is dated March 10, 2006, however, it was not received by Plaintiff's counsel until March 21, 2006, via CM/ECF. Despite Defendant's claim that a copy was sent by overnight FedEx on March 10th, it was not delivered. It was not even filed in this Court until March 16, 2006, as noted on the copy received by Plaintiff's counsel. Thus, Defendant failed to file his reply within the time

limits. Plaintiff, therefore, respectfully requests that this Court strike Wright's Reply filed on March 16, 2006.

Alternatively, if this Court decides to consider the Reply, this Court should set an evidentiary hearing since there are conflicting facts presented by the parties. The Plaintiff's affidavit sets forth all the reasons why much of the actions needed to fulfil the contract must take place in Arizona and it was contemplated that the actions would take place in Arizona.

## CONCLUSION

For all of the above stated reasons, Plaintiff requests the Court to strike Defendant's Reply and order that he answer in Arizona or set an evidentiary hearing.

DATED this 3rd day of April, 2006.

        **MAYNARD CRONIN ERICKSON CURRAN & SPARKS, P.L.C.**

        By  s/Daniel D. Maynard
           Daniel D. Maynard
           Jennifer A. Sparks
           1800 Great American Tower
           3200 Central Avenue
           Phoenix, Arizona 85012
           Attorneys for Plaintiff

**ORIGINAL** of the foregoing filed this 3rd day of April, 2006 via CM/ECF with:

Clerk of the Court
United States District Court
401 W. Washington
Phoenix, AZ 85003

with a copy mailed (along with a copy of the NEF) and electronically mailed this same day to:

Hon. David K. Duncan
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington
Phoenix, Arizona 85003-2158
duncan_chambers@azd.uscourts.gov

1  with a copy mailed this same day to:

2  Andrew Wright
   5 Lambert Johnson Drive
3  Ocean, NJ 07712
   Pro Se
4

5
   By s/Stacey Tanner
6