Andrew Wright

5 Lambert Johnson Drive

Ocean, NJ 07712

732-693-2851

Defendant, Pro Se

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: _____
(Rule Number/Section)

FILED ____ LODGED
____ RECEIVED ____ COPY

APR 2 4 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ E DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., | ) Case No.: CV05-3713-PHX-DKD |
| Plaintiff, | ) |
| vs. | ) **DECLARATION OF ANDREW WRIGHT IN FURTHER SUPPORT OF** |
| Andrew Wright, and Jane Doe Wright, | ) **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE** |
| Defendant | ) **DEFENDANT'S REPLY TO MOTION TO DISMISS PURSUANT TO RULE 12(b)** |
| | ) **OR SET AN EVIDENTIARY HEARING** |

I, ANDREW WRIGHT, declare under penalty of perjury as follows:

1. I sent the most recent 'Reply Brief in Further Support Its Motion to Dismiss Pursuant to Rule 12(b), within the appropriate time frame on March 10, 2006 to Plaintiff's council(Maynard, Cronin, Erickson, Curran, & Sparks).

2. I wrote the incorrect address(written as '320 North Central Tower', which should have been '3200 North Central Tower'), which prompted a 'Return to Sender' directive from the carrier, Federal Express.

3. I received the original package as returned by Federal Express at my home address(5 Lambert Johnson Dr., Ocean, NJ, 07712) on or around April 1, 2006.

4. The original package arrived at my home address on March 18, 2006, but due to being away on business, did not receive the original package until on or around April 1, 2006.

5. Upon receipt and awareness of the original package being sent to the wrong address, I resent the original package, along with the receipts and tracking results to Plaintiff's attorney on April 3, 2006, to which Plaintiff's attorney responded with a Motion to Strike due to tardiness.

6. I have included copies of the original receipts for the shipments of the original package along with a detailed 'Tracking Result' document, detailing the erroneous arrival to Arizona, subsequent return to my home address, and the correct re-shipment to Arizona.

7. Also, upon learning of the return of the original package to my home address, I called the clerk's office of the US District Court of AZ and explained the shipping error. The response was that I simply resend the package to the Plaintiff's attorney, which I did, on April 3, 2006.

I declare under penalty of perjury under the laws of the United States of America, including 28 U.S.C. § 1746, that the foregoing is true and correct.

Date: 4-20-06

ANDREW WRIGHT

DECLARATION OF ANDREW WRIGHT IN FURTHER SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S REPLY TO MOTION TO DISMISS PURSUANT TO RULE 12(b) OR SET AN EVIDENTIARY HEARING