TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: _____
(Rule Number/Section)

Andrew Wright

5 Lambert Johnson Drive

Ocean, NJ 07712

732-693-2851

Defendant, Pro Se

___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

APR 2 4 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ E. DEPUTY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT COURT OF ARIZONA

Ultimate Creations, Inc.,

    Plaintiff,

    vs.

Andrew Wright, and Jane Doe Wright,

    Defendant

)
)
)
)
)
)
)
)

Case No.: CV05-3713-PHX-DKD

**DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION TO STRIKE
DEFENDANT'S REPLY TO MOTION TO
DISMISS PURSUANT TO RULE 12(b)
OR SET AN EVIDENTIARY HEARING**

Defendant Andrew Wright ("Wright") submits this 'Response to Plaintiff's Motion to Strike Defendant's Reply to Motion to Dismiss Pursuant to Rule 12(b) or Set and Evidentiary Hearing'. Court should deny Plaintiff's motion because Defendant served and filed within a timely fashion.

### Statement

Wright sent the most recent 'Reply Brief in Further Support Its Motion to Dismiss Pursuant to Rule 12(b)', within the appropriate time frame on March 10, 2006 to Plaintiff's council(Maynard, Cronin, Erickson, Curran, & Sparks). Wright simply wrote the incorrect address(written as '320 North Central Tower', which should have been '3200 North Central Tower'), which prompted a 'Return to Sender' directive from the carrier, Federal Express. As detailed on the original receipt the proper phone number for Plaintiff's attorney is listed correctly, and should have been contacted by Federal Express to ensure timely delivery.

Wright received the original package as returned by Federal Express at his home address (5 Lambert Johnson Dr., Ocean, NJ, 07712) on or around April 1, 2006. The original package

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS REPLY TO MOTION TO DISMISS PURSUANT TO
RULE 12(b) OR SET AN EVIDENTIARY HEARING

arrived at Wright's home address on March 18, 2006, but due to being away on business, Wright did not receive the original package until on or around April 1, 2006.

Upon receipt and awareness of the original package being sent to the wrong address, Wright telephoned the clerk's office at the US District of AZ, at which time Wright was told to resend the original package to the Plaintiff's attorney.   Wright successfully resent the original package, along with the receipts and tracking results to Plaintiff's attorney on April 3, 2006, to which Plaintiff's attorney responded with a Motion to Strike due to tardiness.

According to the Fed.R.Civ.P. 5(d), all papers served on a party must be filed with the court within a reasonable time after service.  Defendant's reply was served on Plaintiff on March 10th, 2006 and also mailed to the Court on the same day.  Defendant's reply was filed in this Court on March 16th.

Included along with this Response are copies of the original receipts for the shipments of the original package along with a detailed 'Tracking Result' document, detailing the erroneous arrival to Arizona, subsequent return to Wright's home address, and the correct re-shipment to Plaintiff's attorney in Arizona, dated April 3, 2006.

For the foregoing reasons, Wright respectfully requests that this Court dismisses Plaintiff's Motion to Strike.   Copy of the foregoing also sent via FedEx overnight to Maynard, Cronin, Erickson, Curran, & Sparks on April 20, 2006.

Dated: April 20, 2006

Respectfully submitted,

By: Andrew Wright

Defendant, Pro Se

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S REPLY TO MOTION TO DISMISS PURSUANT TO RULE 12(b) OR SET AN EVIDENTIARY HEARING

Track Shipments
**Detailed Results**

*for original package returned to Wright's home.*

? Quick Help

| Tracking number | 854923728503 | Service type | Priority Envelope |
|---|---|---|---|
| Ship date | Mar 10, 2006 | | |
| **Status** | Delivery exception | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Mar 18, 2006** | 5:06 PM | **Package returned to shipper** | TEMPE, AZ | Return tracking number: 635425533148 |
| **Mar 17, 2006** | 8:30 PM | At local FedEx facility | TEMPE, AZ | |
| **Mar 16, 2006** | 8:28 PM | At local FedEx facility | TEMPE, AZ | |
| **Mar 15, 2006** | 8:56 PM | At local FedEx facility | TEMPE, AZ | |
| **Mar 14, 2006** | 8:27 PM | At local FedEx facility | TEMPE, AZ | |
| **Mar 13, 2006** | 7:45 PM | At local FedEx facility | TEMPE, AZ | |
| **Mar 11, 2006** | 5:46 PM | At local FedEx facility | TEMPE, AZ | |
| | 11:09 AM | Delivery exception | TEMPE, AZ | Incorrect address |
| | 9:04 AM | On FedEx vehicle for delivery | TEMPE, AZ | |
| | 8:37 AM | At local FedEx facility | TEMPE, AZ | |
| | 7:04 AM | At dest sort facility | PHOENIX, AZ | |
| | 4:09 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:06 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 12:55 AM | Departed FedEx location | NEWARK, NJ | |
| **Mar 10, 2006** | 9:19 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 8:25 PM | Left origin | EATONTOWN, NJ | |
| | 7:36 PM | Picked up | EATONTOWN, NJ | |

Signature proof        Email results        Track more shipments

Subscribe to tracking updates (optional)

**Your Name:**                    **Your Email Address:**

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |

**Select format:**    HTML    Text    Wireless

**Add personal message:**

Not available for Wireless or

**FedEx Express** | US Airbill

FedEx Tracking Number: 8549 2372 8503

Sender's Copy

RETAIN THIS COPY FOR YOUR RECORDS

Date: 3-7-06

Sender's FedEx Account Number

Sender's Name: *Andrew Wright*   Phone (732) 673-2851

Address: 5 Lambert Dr.

City: Ocean   State: NJ   ZIP: 07712

**Internal Billing Reference** OPTIONAL

Recipient's Name: *Daniel Maynard*   Phone (602) 279-8500

Company: Maynard Cronin Erickson Currant Sparks

Address: 1800 Great American Tower, 320 N 4th (Central/Park Ave)

City: Phoenix   State: AZ   ZIP: 85012

**4a Express Package Service** *To add SATURDAY Delivery, see Section 6.* Packages up to 150 lbs.

☐ FedEx Priority Overnight   ☐ FedEx Standard Overnight   ☐ FedEx First Overnight

☐ FedEx 2Day   ☐ FedEx Express Saver

**4b Express Freight Service** *To add SATURDAY Delivery, see Section 6.* Packages over 150 lbs.

☐ FedEx 1Day Freight   ☐ FedEx 2Day Freight   ☐ FedEx 3Day Freight

**5 Packaging** *Declared value limit $500.*

☐ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

**6 Special Handling** *Include FedEx address in Section 2.*

☐ SATURDAY Delivery   ☐ HOLD Weekday at FedEx Location   ☐ HOLD Saturday at FedEx Location

*Does this shipment contain dangerous goods?*

☐ No   ☐ Yes As per attached Shipper's Declaration   ☐ Yes Shipper's Declaration not required.   ☐ Dry Ice   ☐ Cargo Aircraft Only

**7 Payment** *Bill to:*

☐ Sender   ☐ Recipient   ☐ Third Party   ☒ Credit Card   ☐ Cash/Check

Total Packages | Total Weight | Total Declared Value $

26.97

FedEx Use Only

**8 NEW Residential Delivery Signature Options** *If you require a signature, check Direct or Indirect.*

☐ No Signature Required   ☐ Direct Signature   ☐ Indirect Signature

520

Try online shipping at fedex.com

By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

Questions? Go to our Web site at fedex.com or call 1.800.GoFedEx 1.800.463.3339.

*Receipt for original shipment*

*receipt for re-shipment to Plaintiff's attorney*

**FedEx** Express   **US Airbill**   FedEx Tracking Number  8549 2372 8010

**From** *Please print and press hard.*

Date

Sender's FedEx Account Number

Sender's Name  Andrew Wright   Phone ( 732 ) 693 2851

Company  Buzz MEDIA

Address  5 Lambert Dr.

City  Ocean   State  NJ   ZIP  07717

**Your Internal Billing Reference**   OPTIONAL
*First 24 characters will appear on invoice.*

**To**
Recipient's Name  Daniel D. Maynard   Phone ( 602 ) 279-8500

Company  Maynard, Cronin, Erickson, Curran & Sparks

Recipient's Address  3200 North Central Avenue, Suite 1800
*We cannot deliver to P.O. boxes or P.O. ZIP codes.*   Dept./Floor/Suite/Room

Address
*To request a package be held at a specific FedEx location, print FedEx address here.*

City  Phoenix   State  AZ   ZIP  85012

**4a  Express Package Service**  *To add SATURDAY Delivery, see Section 8.*   Packages up to 150 lbs.

☑ FedEx Priority Overnight   ☐ FedEx Standard Overnight   ☐ FedEx First Overnight

☐ FedEx 2Day   ☐ FedEx Express Saver

**4b  Express Freight Service**  *To add SATURDAY Delivery, see Section 8.*   Packages over 150 lbs.

☐ FedEx 1Day Freight   ☐ FedEx 2Day Freight   ☐ FedEx 3Day Freight

**5  Packaging**   * Declared value limit $500.

☐ FedEx Envelope*   ☐ FedEx Pak*   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

**6  Special Handling**   Include FedEx address in Section 3.

☐ SATURDAY Delivery   ☐ HOLD Weekday at FedEx Location   ☐ HOLD Saturday at FedEx Location

*Does this shipment contain dangerous goods?*

☐ No   ☐ Yes As per attached Shipper's Declaration   ☐ Yes Shipper's Declaration not required.   ☐ Dry Ice

☐ Cargo Aircraft Only

**7  Payment**  *Bill to:*

☐ Sender   ☐ Recipient   ☐ Third Party   ☑ Credit Card   ☐ Cash/Check

Total Packages   Total Weight   Total Declared Value†
$   .00   22-68

**8  NEW Residential Delivery Signature Options**  *If you require a signature, check Direct or Indirect.*

☐ No Signature Required   ☐ Direct Signature   ☐ Indirect Signature

520

**Try online shipping at fedex.com**
By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.
**Questions? Go to our Web site at fedex.com**
or call 1.800.GoFedEx 1.800.463.3339.