UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., | ) **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | ) CIV 05-3713-PHX-MHM |
| v. | ) |
| Andrew Wright and Jane Doe Wright, | ) |
| Defendants. | ) |

__  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED having granted Defendant's Motion to Dismiss the Complaint based on improper venue. The complaint and action are dismissed without prejudice based on improper venue under Fed.R.Civ.P. 12(b)(3)

| | |
|---|---|
| August 31, 2006 | RICHARD H. WEARE |
| Date | District Court Executive/Clerk |
| | S/ Lisa Fettis |
| | (By) Deputy Clerk |

cc: (all counsel)